## George Funk *against* Peter Arnold.

Nuisance ·in obstructing the waters in ·D creek, by which :plaintiff's lands ·were overflowed; the nuisance was by erecting a dam in the waters of J.   ·Variance held fatal.

THE plaintiff declared, that the defendant had obstructed the waters of Dunning's creek, by raising a dam therein, and overflowing the plaintiff's ·lands.

It turned out in evidence, that the dam was erected in the Ray's town branch of Juniata, near the mouth of Dunning's creek, where it falls into Juniata, and the court ordered the plaintiff to be ·called on account of· the variance.

·Plaintiff nonsuit.

Messrs. Hamilton and Dunlap, *pro quer.*

Messrs. Duncan and Clark, *pro def.*

---

### MEMORANDUM.

The report of the case of the attorney general and the grantees, under the acts of assembly of 3d April 1792, would follow here; but the author having furnished Mr. Dallas with his report of the case, which is printed *totidem verbis* in 4 ·Dallas 237, it is therefore omitted in this ,publication.